UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:24-cr-0048 |
| **Plaintiff,** | : | |
| | : | I N D I C T M E N T |
| v. | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 21 U.S.C. § 841(a)(1) |
| **JEFFREY LAMAR CRAVER JR.,** | : | 21 U.S.C. § 856(a)(2) |
| | : | |
| **Defendant.** | : | MICHAEL J. NEWMAN |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about April 17, 2024, in the Southern District of Ohio, defendant **JEFFREY LAMAR CRAVER JR.** knowingly and intentionally possessed with intent to distribute:

    a. a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and

    b. a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT TWO

[21 U.S.C. § 856(a)(2)]

On or about April 17, 2024, in the Southern District of Ohio, defendant **JEFFREY LAMAR CRAVER JR.** knowingly and intentionally controlled any place, whether permanently or temporarily, as an occupant, and in doing so, knowingly and intentionally made available for use, with and without compensation, the place for the purpose of unlawfully storing and distributing controlled substances.

In violation of Title 21, United States Code, Section 856(a)(2).

COUNT THREE

[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about April 17, 2024, in the Southern District of Ohio, defendant **JEFFREY LAMAR CRAVER JR.**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

Foreperson

KENNETH L. PARKER
United States Attorney

BRENT G. TABACCHI
Assistant United States Attorney